1  NICHOLAS J. BOOS, Nevada Bar No. 16047
   nboos@maynardnexsen.com
2  MAYNARD NEXSEN LLP
   Two Embarcadero Center, Suite 1450
3  San Francisco, California 94111
   Telephone: (415) 646-4700
4  Facsimile: (205) 254-1999

5  Attorneys for Defendant
   SAFECO INSURANCE
6  COMPANY OF AMERICA

7  Designation for Service Only:
   Adam Pernsteiner, Nevada Bar No. 7862
8  Kearney, Puzey, Damonte LDT
   800 South Meadows Parkway, Suite 800
9  Reno, Nevada 89521
   apernsteiner@nvlawfirm.com
10

11                     UNITED STATES DISTRICT COURT

12                          DISTRICT OF NEVADA

13
   ZACHRY HUNT, a Nevada Resident;        Case No. 2:25-cv-00434-GMN-NJK
14 REBECCA HUNT, a Nevada Resident,
                                          ORDER FOR
15                      Plaintiffs,       EXTENSION OF TIME TO
                                          RESPOND TO COMPLAINT
16      v.
                                          (FIRST REQUEST)
17 SAFECO INSURANCE COMPANY OF
   AMERICA: DOES I-X; ABC
18 CORPORATIONS A-Z,

19                      Defendants.

20

21         Plaintiffs Zachry Hunt and Rebecca Hunt (collectively, "Plaintiffs") and Defendant Safeco

22 Insurance Company of America ("Defendant"), by and through their respective attorneys,

23 stipulate and request that the Court approve a seven (7) day extension of time, from March 17,

24 2025 to March 24, 2025, for Defendant to respond to Plaintiffs' Complaint. This is the parties'

25 first request to this Court for an extension of time.

26         Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure and Local Rule 6-1 allow a party

27 to request additional time to perform an act. Here, Defendant states that additional time is

28 required to prepare a response to the Complaint, which consists of 171 paragraphs. Accordingly,

STIPULATION [AND ORDER] FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT
-(Chase W. Turnbull)

the parties have agreed to extend the time, to March 24, 2025, for Defendant to respond to the Complaint.  The parties respectfully request that the Court issue an order approving the extension.

Dated:  March 17, 2025                                          LEVERTY AND ASSOCIATES LAW, CHTD.

                                                                                /s/ William R. Ginn
                                                                        By:    William R. Ginn
                                                                                Attorneys for Plaintiffs
                                                                                ZACHRY HUNT and REBECCA HUNT

Dated:  March 17, 2025                                          MAYNARD NEXSEN LLP

                                                                                /s/ Nicholas J. Boos
                                                                        By:    Nicholas J. Boos
                                                                                Attorneys for Defendant
                                                                                SAFECO INSURANCE COMPANY OF AMERICA

**IT IS SO ORDERED:**

Dated: March 18, 2025                                           _____
                                                                                HON. NANCY J. KOPPE
                                                                                UNITED STATES MAGISTRATE JUDGE