Patrick R. Leverty, Esq.
Nevada Bar No. 8840
LEVERTY & ASSOCIATES LAW CHTD.
832 Willow St.
Reno, NV 89502
Ph. (775) 322-6636
pat@levertylaw.com
*Attorneys for Plaintiffs Zachry Hunt
and Rebecca Hunt*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ZACHRY HUNT, a Nevada Resident; REBECCA HUNT, a Nevada Resident, <br><br> Plaintiffs, <br><br> vs. <br><br> SAFECO INSURANCE COMPANY OF AMERICA, DOES I-X; ABC CORPORATIONS A-Z, <br><br> Defendants. | CASE NO: 2:25-cv-00434-GMN-NJK |

### NOTICE OF DISASSOCIATION OF COUNSEL WILLIAM GINN

PLEASE TAKE NOTICE that William R. Ginn, Esq. is no longer employed with Leverty & Associates Law Chtd. William R. Ginn, Esq. is no longer associated in the above-entitled matter and is hereby disassociated. Please remove Mr. Ginn from the service list, pursuant to this notice.

Dated: August 27, 2025

LEVERTY & ASSOCIATES LAW CHTD.

 /s/ Patrick R. Leverty
Patrick R. Leverty, Esq.
832 Willow Street
Reno, NV 89502
*Attorney for Plaintiffs*

**ORDER**
IT IS SO ORDERED
Dated: August 28, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

- 1 -

**CERTIFICATE OF SERVICE**

Pursuant to NRCP 5(b), I hereby certify under penalty of perjury that I am an employee of Leverty & Associates Law Chtd., and that on this date, a true and correct copy of the foregoing document was electronically served through the Court's electronic filing system upon all parties on the master e-file and serve list:

| | |
|---|---|
| Nicholas J. Boos, Esq.<br>MAYNARD NEXSEN LLP<br>201 California Street, Suite 1450<br>San Francisco, California 94111<br><br>*Attorney for Defendant SAFECO Company of America* | |

Dated: August 27, 2025

                                         _/s/ L. Jasso_____
                                         An employee of Leverty & Associates Law Chtd.