NICHOLAS J. BOOS, Nevada Bar No. 16047
nboos@maynardnexsen.com
MAYNARD NEXSEN LLP
201 California Street, Suite 400
San Francisco, California 94111
Telephone: (415) 646-4700
Facsimile: (205) 254-1999

Attorneys for Defendant
SAFECO INSURANCE COMPANY OF AMERICA

Designation for Service Only:
Adam Pernsteiner, Nevada Bar No. 7862
Kearney, Puzey, Damonte LDT
800 South Meadows Parkway, Suite 800
Reno, Nevada 89521
apernsteiner@nvlawfirm.com

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ZACHRY HUNT, a Nevada Resident; REBECCA HUNT, a Nevada Resident<br><br>Plaintiffs,<br><br>v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA, and DOES 1 TO I-X; ABC CORPORATIONS A-Z<br><br>Defendants. | Case No. 2:25-cv-00434-GMN-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

Plaintiffs Zachry Hunt and Rebecca Hunt, and Defendant Safeco Insurance Company of America, hereby stipulate through their counsel of record, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, that this entire action be and is dismissed with prejudice, each party to bear her, his, and its own costs and attorneys' fees.

IT IS SO STIPULATED.

All signatories to this Stipulation and on whose behalf the filing is submitted concur in the Stipulation's content and have authorized its filing.

Dated: November 25, 2025                MAYNARD NEXSEN LLP

                                        /s/ Nicholas J. Boos
                                    By: Nicholas J. Boos
                                        Attorneys for Defendant
                                        SAFECO INSURANCE COMPANY OF
                                        AMERICA

Dated: November 25, 2025                LEVERTY & ASSOCIATES LAW,
                                        CHTD.

                                        /s/ Patrick R. Leverty
                                    By: Patrick R. Leverty
                                        Attorneys for Plaintiffs
                                        ZACHRY HUNT and REBECCA HUNT

## ORDER

Pursuant to the stipulation of the Parties, the Court hereby orders that the above-captioned matter is dismissed in its entirety with prejudice, each side to bear her, his, and its own costs and attorneys' fees. The Clerk of Court is kindly directed to close the case.

IT IS SO ORDERED.

DATED: November 26, 2025

_____
HON. GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE